Gene Livingston (SBN 44280)
livingstong@gtlaw.com
Melissa A. Jones (SBN 205576)
jonesme@gtlaw.com
Marc Koenigsberg (SBN 204265)
koenigsbergm@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
jonesme@gtlaw.com

Attorneys for Plaintiff
BCFS-Health and Human Services

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BCFS-HEALTH AND HUMAN SERVICES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. WAGNER in his Official Capacity as Director of the California Department of Social Services; MICHELE M. WONG in her Official Capacity as the Regional Manager for the Northern California Residential Program for the California Department of Social Services,<br><br>Defendants. | CASE NO.: 2:10-cv-02989-MCE-DAD<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:     Hon. Morrison C. England, Jr.<br>Place:     Courtroom 7<br>              501 I Street, 14th Floor<br>              Sacramento, CA  95814 |

Case No. 2:10-CV-02989-MCE-DAD

STIPULATION AND [PROPOSED] ORDER RE: HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION AND ORDER RE: HEARING ON PRELIMINARY INJUNCTION**

Plaintiff BCFS-Health and Human Services and Defendants John A. Wagner and Michelle M. Wong (collectively, the "Parties") hereby state and stipulate as follows:

WHEREAS on November 9, 2010, the Court issued a Temporary Restraining Order as requested by Plaintiff and issued an order extending the provisional license to operate a group home through November 19, 2010;

WHEREAS on November 9, 2010, the Court issued an Order scheduling the hearing on Plaintiff's Motion for a Preliminary Injunction for November 19, 2010 and setting a briefing schedule;

WHEREAS the Parties have negotiated in good faith to work toward a resolution of the pending dispute and agree that an extension of time on the Motion for a Preliminary Injunction is warranted and is in the interest of justice;

IN CONSIDERATION OF THE ABOVE, THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE that:

1. Effective immediately, Defendants, on behalf of the California Department of Social Services ("DSS"), hereby grant Plaintiff BCFS with a provisional license to operate its facility in Fairfield until May 18, 2011;

2. Defendants will conduct a 90-day assessment of Plaintiff BCFS's facility in Fairfield and will issue a decision on BCFS's application for a permanent license on or before February 18, 2011;

3. If Defendants deny BCFS's application for a permanent license, Defendants agree that BCFS's provisional license will remain in place until May 18, 2011, but shall not be construed to authorize the placement of any new minors; and

4. The hearing on Plaintiff's Motion for a Preliminary Injunction will be held, as a regularly noticed motion, if necessary, after February 18, 2011.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

AGREED TO BY:

By: */s/ Melissa Jones*  
Melissa A. Jones  
Greenberg Traurig, LLP  
Counsel for Plaintiff

By: */s/ Julie Weng-Gutierrez*  
Julie Weng-Gutierrez  
Supervising Deputy Attorney General  
Counsel for Defendants

## ORDER

Good cause appearing, and in view of the Parties' stipulation, the Court issues an Order as follows:

Plaintiff's currently pending Motion for a Preliminary Injunction is denied, without prejudice to renoticing said Motion, if necessary, after February 18, 2011;

The hearing set for on November 19, 2010, is consequently taken off calendar. No further briefing is required at this time;

Given the Parties' stipulation as set forth above, the temporary restraining order now in effect is dissolved; and

All obligations of the Parties pursuant to the Federal Rules of Civil Procedure, including obligations relating to discovery, will be stayed pending resolution of this dispute by the Parties or the hearing on the Motion for Preliminary Injunction, whichever comes first.

IT IS SO ORDERED.

Dated: November 16, 2010

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com