Gene Livingston (SBN 44280)
livingstong@gtlaw.com
Melissa A. Jones (SBN 205576)
jonesme@gtlaw.com
Marc Koenigsberg (SBN 204265)
koenigsbergm@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff
BCFS-Health and Human Services

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BCFS-HEALTH AND HUMAN SERVICES, a non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN A. WAGNER in his Official Capacity as Director of the California Department of Social Services;<br>MICHELE M. WONG in her Official Capacity as the Regional Manager for the Northern California Residential Program for the California Department of Social Services,<br><br>    Defendants. | CASE NO.: 2:10-cv-02989-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their

respective counsel of record, that this action be and hereby is dismissed pursuant to Rule

1  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own
2  attorney's fees and costs.

3  Dated:  February _____, 2011     GREENBERG TAURIG, LLP

5  _____/s/_____
   Gene Livingston
6  Melissa A. Jones
   Marc B. Koenigsberg
7  Counsel for Plaintiff
8  BCFS-Health and Human Services

10  Dated:  February _____, 2011     KAMALA D. HARRIS
                                    Attorney General of California

13  _____/s/_____
    Julie Weng-Gutierrez
14  Counsel for Defendants
15  John A. Wagner and Michelle M. Wong

## **ORDER**

Pursuant to the above Stipulation for Dismissal, **IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  The Parties shall bear their own attorney's fees and costs in connection with this lawsuit.  The Clerk is directed to close this file.

**IT IS SO ORDERED.**

DATE:  March 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE